USDC SCAN INDEX SHEET

JPP 8/24/05 14:43

3:05-CV-01497 BROWN V. EL CAJON CITY OF

*3*

*M.*

ORIGINAL

DALEY & HEFT
ROBERT W. BROCKMAN, JR., ESQ.
(STATE BAR NO. 123546)
MATTHEW E. BENNETT, ESQ.
(STATE BAR NO. 203049)
462 STEVENS AVENUE, SUITE 201
SOLANA BEACH, CA 92075
PHONE: (858) 755-5666

Attorneys for Defendants,
CITY OF EL CAJON, EL CAJON POLICE DEPARTMENT, ROBERT RANSWEILER and CHRISTOPHER BALDWIN

FILED
05 AUG 23 PM 3:57
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

PAULA J. BROWN and JONATHAN D. BROWN,

Plaintiffs,

v.

CITY OF EL CAJON; EL CAJON POLICE DEPT.; CHRISTOPHER BALDWIN; ROBERT RANSWEILER; STATE OF CAL.; CAL. DEPART. OF CORRECTIONS-STATE PAROLE; SEAN TORPHY; FRED JAMES; VIOLENT CRIMES TASK FORCE; UNITED STATES OF AMERICA; STEPHEN KINGKADE, AND DOES 1 THROUGH 50, INCLUSIVE,

Defendants.

Case No. '05 CV 1497 JAH(NLS)

**DEFENDANTS CITY OF EL CAJON, EL CAJON POLICE DEPARTMENT, ROBERT RANSWEILER AND CHRISTOPHER BALDWIN'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO 12(b)(6); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**DATE** : October 20, 2005
**TIME** : 3:00 p.m.
**COURTROOM:** 11 (2nd Floor)
**JUDGE:** John A. Houston

**TO: PLAINTIFFS AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on October 20, 2005 at 3:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 11 of the above-entitled court, located at 940 Front Street, San Diego, California, defendants CITY OF EL CAJON, EL CAJON POLICE DEPARTMENT, ROBERT RANSWEILER and CHRISTOPHER BALDWIN (hereinafter "DEFENDANTS") will move the court for an order

3

DALEY & HEFT
ROBERT W. BROCKMAN, JR., ESQ.
(STATE BAR NO. 123546)
MATTHEW E. BENNETT, ESQ.
(STATE BAR NO. 203049)
462 STEVENS AVENUE, SUITE 201
SOLANA BEACH, CA 92075
PHONE: (858) 755-5666

Attorneys for Defendants,
CITY OF EL CAJON, EL CAJON POLICE DEPARTMENT, ROBERT RANSWEILER and CHRISTOPHER BALDWIN

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAULA J. BROWN and JONATHAN D. BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF EL CAJON; EL CAJON POLICE DEPT.; CHRISTOPHER BALDWIN; ROBERT RANSWEILER; STATE OF CAL.; CAL. DEPART. OF CORRECTIONS-STATE PAROLE; SEAN TORPHY; FRED JAMES; VIOLENT CRIMES TASK FORCE; UNITED STATES OF AMERICA; STEPHEN KINGKADE, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendants. | Case No. '05 CV 1497 JAH(NLS)<br><br>**DEFENDANTS CITY OF EL CAJON, EL CAJON POLICE DEPARTMENT, ROBERT RANSWEILER AND CHRISTOPHER BALDWIN'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO 12(b)(6); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>**DATE** : October 6, 2005<br>**TIME** : 3:00 p.m.<br>**COURTROOM**: 11 (2nd Floor)<br>**JUDGE**: John A. Houston |

**TO: PLAINTIFFS AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on October 6, 2005 at 3:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 11 of the above-entitled court, located at 940 Front Street, San Diego, California, defendants CITY OF EL CAJON, EL CAJON POLICE DEPARTMENT, ROBERT RANSWEILER and CHRISTOPHER BALDWIN (hereinafter "DEFENDANTS") will move the court for an order

granting Defendants' Motion to Dismiss plaintiffs' complaint for failure to state a claim pursuant to 12(b)(6).

This motion is based on this notice and motion, the memorandum of points and authorities filed herewith, the exhibits filed herewith, and the pleadings and papers filed herein.

DATED: August 19, 2005

DALEY & HEFT

By:

ROBERT W. BROCKMAN, JR.
MATTHEW E. BENNETT
Attorneys for Defendants,
CITY OF EL CAJON, EL CAJON
POLICE DEPARTMENT,
ROBERT RANSWEILER and
CHRISTOPHER BALDWIN

DALEY & HEFT
ROBERT W. BROCKMAN, JR., ESQ. (STATE BAR NO. 123546)
MATTHEW E. BENNETT, ESQ. (STATE BAR NO. 203049)
462 STEVENS AVENUE, SUITE 201
SOLANA BEACH, CA 92075
PHONE: (858) 755-5666

Attorneys for Defendants,
CITY OF EL CAJON, EL CAJON POLICE
DEPARTMENT, ROBERT RANSWEILER
and CHRISTOPHER BALDWIN

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAULA J. BROWN and JONATHAN D. BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF EL CAJON; EL CAJON POLICE DEPT.; CHRISTOPHER BALDWIN; ROBERT RANSWEILER; STATE OF CAL.; CAL. DEPART. OF CORRECTIONS-STATE PAROLE; SEAN TORPHY; FRED JAMES; VIOLENT CRIMES TASK FORCE; UNITED STATES OF AMERICA; STEPHEN KINGKADE, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendants. | Case No. '05 CV 1497 JAH(NLS)<br><br>**CERTIFICATE OF SERVICE** |

JANIE WELLE certifies and declares as follows:

I am over the age of 18 years and not a party to this action.

My business address is 462 Stevens Avenue, Suite 201, Solana Beach, California 92075, which is located in the city, county and state where the mailing described below took place.

I further declare that I am readily familiar with the business practice for collection and processing of correspondence

for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary court of business.

I caused to be served the following documents:

a. **DEFENDANTS CITY OF EL CAJON, EL CAJON POLICE DEPARTMENT, ROBERT RANSWEILER AND CHRISTOPHER BALDWIN'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO 12(b)(6); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

by placing a true copy of each document in a separate envelope addressed to each addressee, respectively as follows:

Alvin M. Gomez, Esq.
ALVIN M. GOMEZ, P.C.
428 Nob Avenue
Del Mar, CA 92014
(858) 350-1019/FAX (858) 847-0544

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on August 23, 2005.

[signature]
JANIE WELLE